### 16387.   SUDAN *v.* THE STATE.

BLOODWORTH, J.   In this State there are no accessories in misdemeanor cases, but each person who knowingly participates in a criminal act

which is a misdemeanor is guilty as a principal. *Littlefield* v. *State*, 22 *Ga. App.* 782 (1) (97 S. E. 259). There is some evidence which would authorize the jury to reach the conclusion that the accused was aiding and abetting another who was violating the law which prohibits a person from having, controlling and possessing intoxicating liquor. *Hanson* v. *State*, 32 *Ga. App.* 58 (122 S. E. 629); *Rogers* v. *State*, 101 *Ga.* 562 (28 S. E. 978). The court did not err in overruling the motion for a new trial.

　　　　*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*
　　　　　　　DECIDED JUNE 9, 1925.

Possessing intoxicating liquor; from Cherokee superior court—Judge Blair. March 14, 1925.

*Arthur W. Powell,* for plaintiff in error.

*John S. Wood, solicitor-general,* contra.

